JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Bell,<br><br>        Plaintiff,<br><br>   v.<br><br>Joy Nikolau et al.,<br><br>        Defendant(s). | 8:19-cv-00164-JVS-JDE<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 8, 2019

                                                    James V. Selna<br>
                                              United States District Judge